**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Julianna Raicovich, <br><br>                    Plaintiff, <br>      v. <br><br> Everest Receivable Services, Inc.; and DOES 1-10, inclusive, <br><br>                    Defendant. | Civil Action No.:  2:13-cv-04279-SJF-AKT |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 14, 2014

                                                                              Respectfully submitted,

                                                                              PLAINTIFF, Julianna Raicovich

                                                                              /s/ Sergei Lemberg

                                                                              Sergei Lemberg, Esq. (SL 6331)
                                                                              **LEMBERG LAW L.L.C.**
                                                                              1100 Summer Street, 3rd Floor
                                                                              Stamford, CT 06905
                                                                              Telephone: (203) 653-2250
                                                                              Facsimile:  (203) 653-3424
                                                                              slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                  By /s/ Sergei Lemberg

                                                        Sergei Lemberg