UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Julianna Raicovich,<br><br>                Plaintiff,<br>v.<br><br>Everest Receivable Services, Inc.; and DOES 1-10, inclusive,<br><br>                Defendant. | Civil Action No.: 2:13-cv-04279-SJF-AKT<br><br>FILED<br>IN CLERK'S OFFICE<br>U S DISTRICT COURT E D N Y<br><br>★ APR 09 2014 ★<br><br>LONG ISLAND OFFICE |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Everest Receivable Services, Inc. with prejudice and without costs to any party.

| Julianna Raicovich | Everest Receivable Services, Inc. |
|---|---|
| /s/ Sergei Lemberg<br>Sergei Lemberg, Esq. (SL 6331)<br>LEMBERG LAW LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>(203) 653-2250<br>Attorney for Plaintiff | /s/ David G. Peltan<br>David G. Peltan, Esq.<br>Peltan Law, PLLC<br>128 Church Street<br>East Aurora, NY 14052<br>(716) 655-3887<br>Attorney for Defendant |

So Ordered

s/ Sandra J. Feuerstein

U.S.D.J.  4/9/14